UNITED STATES DISTRICT COURT

| Eastern | District of | California |

| LORIE KATHLEEN HALFORD, | |
|---|---|
| Plaintiff | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| V. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | |
| Defendant | CASE NUMBER: 1:10at0485 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this   6th   day of   July  ,   2010  .

       /s/ Dennis L. Beck
       Signature of Judicial Officer

       Dennis L. Beck, U.S. Magistrate Judge
       Name and Title of Judicial Officer