UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Lorie Halford,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br><br>    Defendant. | CASE NO. 1:10-cv-01214-AWI-BAM<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND DOLLARS ($5,000.00), and THIRTY NINE DOLLARS AND TWENTY SIX CENTS in costs ($39.26).  These amounts represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment, if any, of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine

1  whether they are subject to any offset.

2      Fees and expenses shall be made payable to Plaintiff, but if the Department of the
3  Treasury determines that Plaintiff does not owe a federal debt, then the government shall
4  cause the payment of fees and expenses to be made directly to Plaintiff's counsel, pursuant to
5  the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's
6  counsel.

7      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
8  attorney fees and expenses, and does not constitute an admission of liability on the part of
9  Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete
10  release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have
11  relating to EAJA attorney fees and expenses in connection with this action.

12      This award is without prejudice to the rights of Plaintiff's counsel to seek Social
13  Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

14

15  Dated: May 29, 2012                    /s/ Sengthiene Bosavanh
16                                         SENGTHIENE BOSAVANH, ESQ.
                                           Attorney for Plaintiff
17

18  Dated: May 29, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney
19
                                           By: /s/Armond Roth
20                                         (as authorized via e-mail)
                                           ARMOND ROTH
21                                         Special Assistant United States Attorne

22      **ORDER**

23      The Court approves the above Stipulation, and ORDERS payment of attorney's fees
24  to Plaintiff in the amount of FIVE THOUSAND THIRTY-NINE DOLLARS and
25  TWENTY-SIX CENTS ($5,039.26), under the conditions stipulated to above.
26      IT IS SO ORDERED.

27    **Dated:   June 5, 2012**              /s/ **Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE
28