UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE KATHLEEN HALFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____ / | Case No. 1: 10-cv-01214-AWI-BAM<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES** |

    Currently before the Court is Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b). (Doc. 25.) The parties have stipulated to allow Defendant a thirty-day extension of time, up to and including May 19, 2014, in which to file a response to Plaintiff's Motion. (Doc. 26.) The extension is requested because the parties need to address the sufficiency of the administrative notice provided by Plaintiff with regard to withholdings and attorney fees. *Id.*

    Based on the Stipulation of the parties, and for good cause shown, Defendant shall have until May 19, 2014 in which to file a response to Plaintiff's Motion for Attorney Fees.

IT IS SO ORDERED.

    Dated:   **April 22, 2014**                       /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE

1