# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIE KATHLEEN HALFORD, | Case No. 1:10-cv-01214-AWI-BAM |
| Plaintiff, | ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSE |
| v. | |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,[1] | |
| Defendant. | |

Based on the Stipulation of the Parties (Doc. 29), IT IS HEREBY ORDERED that Defendant shall have a two-week extension of time to respond to Plaintiff's fee petition.  Defendant's response shall be due by June 2, 2014.

IT IS SO ORDERED.

Dated:   **May 21, 2014**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

-1-